I am a federal inmate here in Lynchburg Adult detention Center, I am writing to you for all documents needed to obtain a Paternity DNA TEST through the United States District Courts for a child who is believed to be an offspring of I, Lenny Baldwin Jr., who is a citizen of another state which is Florida, please and thank you for your time!

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/ F. Colleme
DEPUTY CLERK

Lenny Baldwin
12/9/16

6:15CR00007-001

USMS# 06138-104

I also need all documents to file a federal civil Action/tort/complaint

thank you so much